1260

No. 96–7790. McReynolds v. Gangel-Jacob, Justice, Appellate Division, Supreme Court of New York, First Judicial Department, *ante*, p. 1173;

No. 96–7823. Woratzeck v. Stewart, Director, Arizona Department of Corrections, *ante*, p. 1173;

No. 96–7871. Fletcher v. Schindler Elevator Corp. et al., *ante*, p. 1174;

No. 96–7900. Washington v. City of Jacksonville, Florida, et al., *ante*, p. 1175;

No. 96–8106. Jacobson v. Stevens et al., *ante*, p. 1177;

No. 96–8173. Gant v. Drug Enforcement Agency et al., *ante*, p. 1178; and

No. 96–8217. Pizzo v. Cain, Warden, et al., *ante*, p. 1190. Petitions for rehearing denied.

June 3, 1997

No. A–875. Harris v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied. Justice Scalia took no part in the consideration or decision of this application.

No. 96–8892 (A–811). Behringer v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Certiorari denied.

June 4, 1997

No. 96–1126. Iolab Corp. v. Hunter. Sup. Ct. Mo. Certiorari dismissed under this Court's Rule 46.1.

No. 96–9244 (A–881). In re Losada. Application for stay of execution of sentence of death, presented to Justice Scalia, and

by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 96–9138 (A–854). JOHNSON-BEY *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 96–9243 (A–876). LOSADA *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

JUNE 9, 1997

No. 96–896. JEFFERSON COUNTY, ALABAMA *v.* ACKER ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Arkansas* v. *Farm Credit Servs. of Central Ark., ante,* p. 821.

No. 96–936. CITY OF ANAHEIM *v.* CALIFORNIA CREDIT UNION LEAGUE. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Arkansas* v. *Farm Credit Servs. of Central Ark., ante,* p. 821.

No. A–792. SMITH *v.* COLORADO. Sup. Ct. Colo. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–802 (96–1843). SMITH *v.* UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT ET AL. C. A. 10th Cir. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–1391. IN RE DISBARMENT OF CASTRO. Disbarment entered. [For earlier order herein, see 511 U. S. 1104.]

No. D–1788. IN RE DISBARMENT OF AURIEMMA. Disbarment entered. [For earlier order herein, see *ante,* p. 1112.]